```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

Timothy Bollack, et al.,

    Plaintiffs,

  v.                            Case No. 2:08-cv-62

Allstate Indemnity Company,
et al.,

    Defendants.

<u>ORDER</u>

On April 24, 2008, the magistrate judge issued a report and recommendation (Doc. No. 11) recommending that plaintiff's motion to remand for lack of complete diversity be denied.  No objections have been filed to the report and recommendation.  Accordingly, the court hereby adopts and affirms the report and recommendation, and plaintiffs' motion to remand (Doc. No. 7) is denied.

Date: May 13, 2008                        s\James L. Graham
                                          James L. Graham
                                          United States District Judge